**Order entered January 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01122-CV

### CIA BABIY, Appellant

### V.

### RAMZI MORGAN KELLEY, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04069-2015**

## ORDER

This case is set for oral argument on February 26, 2019 at 10:00 a.m. in the Merrill Hartman Courtroom located on the eighth floor, east tower, of the George L. Allen, Sr. Courts Building. The panel hearing the case will consist of Justice Schenck, Justice Reichek, and Justice Nowell.

/s/     ERIN A. NOWELL
        JUSTICE